IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Albert L. Patrick, | ) | C/A No.: 1:15-1267-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Andy Strickland; Jodie Taylor; David S. Matthews; and Colleton County Sheriff's Office, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

Plaintiff, proceeding pro se, filed this 42 U.S.C. § 1983 action alleging violations of his constitutional rights during his incarceration at the Colleton County Detention Center ("CCDC"). (Dkt. No. 1). On March 26, 2015, the Court ordered Plaintiff to pay the $350 filing fee or complete the enclosed Application to Proceed Without Prepayment of Fees and Affidavit (Form AO 240) and Financial Certificate, and to provide the service documents necessary to advance his case. (Dkt. No. 6). Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* The time for response expired on April 20, 2015, and Plaintiff did not file a response. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is ***dismissed without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

April 27, 2015
Columbia, South Carolina

Richard M. Gergel
United States District Judge

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.