AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Albert L. Patrick,<br>*Plaintiff*<br>v.<br><br>Andy Strickland; Jodie Taylor; Davis S. Matthews; Colleton County Sheriff's Office,<br>*Defendants* | )<br>)  Civil Action No.   1:15-cv-01267-RMG-SVH<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Albert L. Patrick, shall take nothing of the defendants; Andy Strickland, Jodie Taylor, Davis S. Matthews, Colleton County Sheriff's Office, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, dismissing the complaint without prejudice.

Date:  April 29, 2015                                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                              s/M. Walker
                                                                    *Signature of Clerk or Deputy Clerk*